UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61576-WPD

CAROLYN RUSSELL,

    Plaintiff,

vs.

FIRSTSOURCE ADVANTAGE, LLC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

On August 2, 2021, this Court entered its initial Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 4]. On September 6, 2021, a Notice of Pending Settlement was filed. *See* [DE 7]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **September 24, 2021**, the parties shall either file the appropriate dismissal documents or show cause why they have not been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of September, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record